AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>**Wayne Shelby Simmons**<br>*Defendant* | ) ) ) ) ) ) | Case No. 1:15-CR-293-TSE |

FILED OCT 15 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNDER SEAL
Unsealed 10/15/15

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Wayne Shelby Simmons                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001           False Statements
18 U.S.C. §§ 1031 & 2      Major Fraud Against the U.S.
18 U.S.C. §§ 1343 & 2      Wire Fraud

See attached affidavit

Date: 10/14/2015                                       /s/ Brumba
                                                       *Issuing officer's signature*

City and state:   Alexandria, Virginia                  Laura Brumbaugh, Deputy Clerk
                                                       *Printed name and title*

RECEIVED UNITED STATES MARSHAL
2015 OCT 14 PM 4:08
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---

### Return

This warrant was received on *(date)* 10/14/15, and the person was arrested on *(date)* 10/15/15
at *(city and state)*  Annapolis, MD.

Date: 10/15/15                                         /s/
                                                       *Arresting officer's signature*

                                                       Kendra McLamb, FBI Agent
                                                       *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____