TYPE OF HEARING: **R5**
CASE NUMBER: **15cr293**
MAGISTRATE JUDGE: John F. Anderson
DATE: **10/15/15**
TIME: **2pm**

EASTERN DISTRICT OF VIRGINIA

TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

UNITED STATES OF AMERICA

VS.

**Wayne Shelby Simmons**

GOVT. ATTY **Paul Nathanson**

DEFT'S ATTY **w/out counsel**

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (✔) **Deft will retain counsel.**
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

**Govt is seeking detention: Granted.**
**Deft remanded.**

PROBABLE CAUSE FOUND ( ) / NOT FOUND ( )

BOND _____

NEXT COURT APPEARANCE **10/16/15** TIME **2pm**
**DH**

**7 min.**