AO 470 (8/85) Order of Temporary Detention

FILED
OCT 15 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

Wayne Shelby Simmons
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 1:15cr293

Upon motion of the United States Attorney, it is ORDERED that a detention hearing is set for 10/16/15 (*Date*) * at 2pm (*Time*)

before The Honorable John F. Anderson, United States Magistrate Judge
*Name of Judicial Officer*

United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( ________ ) and produced for the hearing.
*Other Custodial Official*

Date: Oct. 15, 2015

/s/
John F. Anderson
United States Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.