IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:15-cr-293 |
| | ) Civil Action No. 1:17-cv-88 |
| WAYNE SHELBY SIMMONS | ) |

## ORDER

The matter is before the Court on defendant's motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255 (Doc. 130).

For good cause,

It is hereby **ORDERED** that the government is **DIRECTED** to file a response to defendant's § 2255 motion by 5:00 p.m. on Monday, February 27, 2017.

It is further **ORDERED** that defendant may have until 5:00 p.m. on Monday, March 27, 2017, to file a reply to the government's response, if he wishes to do so.

Unless otherwise ordered, the matter will thereafter be decided without oral argument.

The Clerk is directed to send a copy of this Order to the defendant and all counsel of record.

Alexandria, Virginia
January 26, 2017

/s/
T. S. Ellis, III
United States District Judge