# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   1:15cr293 |
| Wayne Shelby Simmons | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                           .

Date:   03/08/2017

/s/
*Attorney's signature*

Parker Tobin / Virginia Bar: 91126
*Printed name and bar number*

Office of the US Attorney
The Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314
*Address*

Parker.R.Tobin@usdoj.gov
*E-mail address*

(703) 299-3859
*Telephone number*

*FAX number*