# IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:15-cr-293** |
| | ) | **Civil Action No. 1:17-cv-88** |
| WAYNE SHELBY SIMMONS | ) | |

## ORDER

The matter is before the Court on the government's motion for leave to file its response out of time. (Doc. 139). The government's response was due by 5:00 p.m. on March 20, 2017, but the government did not file its response until 12:02 a.m. on March 21, 2017 due to a scheduling error. Parties may move for an extension of time after a deadline has passed. *See* Rule 6(b)(1)(B), Fed. R. Civ. P.

Accordingly, and for good cause,

It is hereby **ORDERED** that the government's motion for leave to file its response out of time is **GRANTED.**

The Clerk is directed to send a copy of this Order to the defendant and all counsel of record.

Alexandria, Virginia
March 21, 2017

/s/

T. S. Ellis, III
United States District Judge