IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:15-cr-293 |
| ) | Civil Action No. 1:17-cv-88 |
| WAYNE SHELBY SIMMONS ) | |

### ORDER

The matter is before the Court on defendant's motion for an extension of time to reply to the government's response to defendant's 28 U.S.C. § 2255 motion (Doc. 143). Defendant, who is proceeding *pro se* and is incarcerated, seeks a thirty-day extension so that he may review the government's response and attached records before filing his reply motion.

Accordingly, and for good cause,

It is hereby **ORDERED** that defendant's motion for extension of time is **GRANTED** and his reply brief is due by 5:00 p.m. on Wednesday, May 17, 2017.

The Clerk is directed to send a copy of this Order to defendant and all counsel of record.

Alexandria, Virginia
April 17, 2017

/s/
_____
T. S. Ellis, III
United States District Judge