IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Respondent, | : | Docket No. 1:15-cr-293 TSE |
| | : | |
| V. | : | |
| | : | |
| WAYNE SHELBY SIMMONS,<br>　　　　　Movant. | : | |

RECEIVED MAILROOM
APR 20 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## DEFENDANT'S REQUEST
## FOR EXTENSION OF TIME TO RESPOND

COMES NOW, the defendant, WAYNE SHELBY SIMMONS, Pro Se, and hereby requests a thirty (30) day extension to respond to the Government's response to the defendant's 2255 motion.

The defendant requests that the deadline for filing a response to the Government's submission be extended from April 17, 2017, to May 17, 2017. The extenstion requested will afford the defendant adequate time to review and then rebut the voluminous records submitted by the Government in this matter.

The defendant would respectfully remind the Court that he is working pro se while incarcerated with extremely limited resources.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Wayne Shelby Simmons
　　　　　　　　　　　　　　　Wayne Shelby Simmons, pro se

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused service to be made of Movant's Supplemental Motion Objecting to the Presentence Report by filing on the following by Certified Mail:

        Clerk of Court
        Albert V. Bryan U.S. Courthouse
        401 Courthouse Square
        Alexandria, VA  22314

        James L. Trump, Esquire
        Assistant United States Attorney
        2100 Jamieson Avenue
        Alexandria, VA  22314

Dated: 4.13.17

        _____
        Wayne S. Simmons
        Reg. No. 21594-037
        FCI - Schuylkill
        P.O. Box 670
        Minersville, PA  17954

# CAREY LINKER

200 Gramercy Plantation

Eastpoint, FL 32328

408-596-0601

cslinker@mac.com

April 14, 2017



RECEIVED MAILROOM
APR 20 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S. Clerk of the Court

401 Courthouse Square

Alexandria, VA 22314

To Whom It May Concern:

I am a victim of fraud due to Sreedhar Poterazu (Case No. 1:16CR261-001). While searching for" Sreedhar Poterazu fraud 2013" on the internet, I came across a pdf for declaration of victim losses which I never received. Therefore, I am enclosing this form now. I am concerned that I never received this form. Note that I have previously submitted a victim impact letter to the Court.

Note that the above address is my new mailing address as of May 1, 2017. The previous address was 6982 Standing Pines Lane, Tallahassee FL 32312.

If I am awarded restitution by the court then I request that the Clerk of the Court issue an Abstract of Judgment to me. Thank you for your assistance!

Yours truly,

*Carey Linker*

Carey S. Linker

Page 1 of 1

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Declaration of Victim Losses

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| v. | ) | 1:16CR261-001 |
| | ) | (Case Number) |
| **Sreedhar Potarazu** | ) | |

I, **CAREY S. LINKER**, residing at **200 Gramercy Plantation Blvd**, in the city (or county) of **EASTPOINT**, in the state of **FLORIDA**, am a victim in the above-referenced case and I believe that I am entitled to restitution in the total amount of $ **764,000**.

My specific losses as a result of this offense are summarized as follows: *(attach additional pages if needed)*

☐ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $_____. The name and address of my insurance company and the claim number for this loss are as follows:

As a result of this offense, I have *(Check all that apply)*
☐ become insolvent;
☐ filed for bankruptcy under the Bankruptcy Code (title 11, United States Code);
☒ suffered substantial loss of a retirement, education, or other savings or investment fund;
☒ made substantial changes to my employment (such as postponing retirement plans);
☐ made substantial changes to my living arrangements (such as relocating to a less expensive home;
☐ suffered substantial harm to my ability to obtain credit.

I declare under penalty of perjury that the foregoing is true and correct.

Date executed: **4/14/17**                              **Carey Linker**
                                                                                        *(Signature)*

*(Additional Pages May be Attached)*

PROB-72 (03/16)

## LINKER INVESTMENTS IN VITALSPRING, LLC

| | |
|---|---|
| $250,000 SHARES | 2/19/08 |
| $250,000 SHARES | 2/29/08 |
| $50,000 SHARES | 8/04/08 |
| $50,000 SHARES | 11/03/08 |
| $25,000 SHARES | 6/12/09 |
| $24,000 OPTIONS | 11/29/13 |
| $50,000 PROMISSORY NOTE | 8/02/11 |
| $15,000 PROMISSORY NOTE | 3/5/12 |
| $50,000 PROMISSORY NOTE | 3/19/13 |

**TOTAL LOSS OF $ 764,000**

UNITED STATES PROBATION OFFICE

EASTERN DISTRICT OF VIRGINIA

# DECLARATION OF VICTIM LOSSES WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply in your case. Please attach copies of all records necessary to support your losses or costs listed below. Attach additional pages as needed.

**A.  Crime Related Losses and/or Costs (Individual)**

1. List your loss of personal property or belongings resulting from this crime, including damage to or destruction of your property. You may also include expenses associated with your losses.

   $ 0
   $ _____
   $ _____
   $ _____

2. List any medical expenses incurred as a result of this crime. You may wish to include expenses for doctors, medications, hospitalization, physical or occupational therapy, counseling, psychiatric treatment, medical supplies, etc.

   $ 0
   $ _____
   $ _____
   $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates. Attach an estimate of these costs from the provider.

   $ 0
   $ _____
   $ _____
   $ _____

4. If there were any funeral expenses, please list them.

   $ 0

5. Please list other related expenses which you incurred. You may wish to include such items as child care, transportation costs for medical treatment or court appearances, fees incurred with banks and credit card companies, etc.

   $ 0
   $ _____
   $ _____
   $ _____

6. Please indicate the total amount of money you lost in wages, if applicable. This may include income or wages lost due to inability to work because of the crime, attending court, or visits to your doctor or therapist.

   Amount of lost wages or income: $ 0

DF-63B (05/11)

B. **Money you were paid by insurance, victim compensation, or other sources. Whenever possible, attach copies of receipts of insurance payments.**

1. **Personal**

   Property, auto, or homeowners insurance: $ 0
   Name of company_____  Claim No._____
   Address_____  Phone No._____
   Medical insurance: $ 0
   Name of company_____  Claim No._____
   Address_____  Phone No._____

   Other--list sources and amounts:
   _____  $ 0

2. Have you applied for crime victim compensation benefits?  Yes ✓  No____
   If you received compensation as a result of your claim, please list the amount: through restitution
   $ 0                                                                           via court

   Total money received from insurance, crime victim compensation, and other sources: $ 0

   ************************************************************

Upon completion of this worksheet, please attach it to your Declaration of Victim Losses, Modified Probation Form 72; and return it within 5 days to the U.S. Probation Office.

**PERSONAL**

Name: CAREY LINKER   Signature: Carey Linker   Date: 4/14/17
Address: 200 GRAMERCY Plantation Blvd   City: Eastpoint   State: FL   Zip Code: 32328
Home Telephone Number: Work Telephone Number:_____

DF-63B (05/11)

