# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> WAYNE SHELBY SIMMONS, ) <br> ) <br> Defendant, Pro Se ) <br> ) | Docket No. 1:15-CR-293-TSE <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that WAYNE SHELBY SIMMONS, ("Movant") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment denying a Tile 28, U.S.C., § 2255 <u>Certificate of Appealability</u> ("COA") entered in this action on the 24th day of July, 2017.

_____
Wayne Shelby Simmons, *Pro Se*

Date: 8/11/17

Address:
Wayne Shelby Simmons
Reg. No. 21594-037
FCI – Schuylkill
P.O. Box 670
Minersville, PA 17954

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused service to be made of Movant's Supplemental Motion Objecting to the Presentence Report by filing on the following by ~~United Parcel Service (UPS)~~: USPS

**Clerk of the Court**
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

**James L. Trump, Esq.**
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314

Respectfully submitted,

Wayne Shelby Simmons
Reg. No. 21594-037
FCI – Schuylkill
P.O. Box 670
Minersville, PA 17954

DATE: 8/11/17

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

AUG 17 2017

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. 1:15-CR-293-TSE |
| v. ) | |
| ) | Hon. T.S. Ellis, III |
| WAYNE SHELBY SIMMONS, ) | |
| ) | |
| Defendant, Pro Se ) | |

## DECLARATION OF INMATE FILING

I am an inmate confined in an institution. On *August 11, 2017*, I deposited the "Notice of Appeal" in this case in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see Title 28, U.S.C. § 1746; Title 18, U.S.C., § 1621).

_____
Wayne Shelby Simmons, *Pro Se*

Date: 8/11/17

Address:
Wayne Shelby Simmons
Reg. No. 21594-037
FCI – Schuylkill
P.O. Box 670
Minersville, PA 17954

# CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused service to be made of Movant's Supplemental Motion Objecting to the Presentence Report by filing on the following by ~~United Parcel Service (UPS)~~: USPS,

**Clerk of the Court**
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

**James L. Trump, Esq.**
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314

Respectfully submitted,

Wayne Shelby Simmons
Reg. No. 21594-037
FCI – Schuylkill
P.O. Box 670
Minersville, PA 17954

DATE: 8/11/17