FILED: November 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7065
(1:15-cr-00293-TSE-1)
(1:17-cv-00088-TSE)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WAYNE SHELBY SIMMONS

      Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                              /s/ PATRICIA S. CONNOR, CLERK